IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SENTINEL INS. CO. LTD. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:19cv01398 |
| NIKO PAPALOIZOU, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel"), through undersigned counsel, voluntarily dismisses with prejudice its claims against Defendants, Niko Papaloizou and Taverna, Inc. in the above-captioned action. Defendants have not served a responsive pleading in the action.

Respectfully Submitted,

*So Ordered*
*Claude M. Hilton*
*USDJ*
*Feb. 11, 2020*

By: /s/ Jessica E. Pak
GEORGE E. REEDE, JR. (VSB No. 78968)
JESSICA E. PAK (VSB No. 86732)
NILES, BARTON & WILMER, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300 (telephone)
(410) 783-6363 (facsimile)
gereede@nilesbarton.com
jepak@nilesbarton.com
*Counsel for Sentinel Ins. Co., Ltd*